UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EMERSON BRADLEY,

    Plaintiff,

v.                                                        Civil Action No. 23-cv-02217 (RBW) (RMW)

NELNET SERVICING, LLC,
and TRANS UNION, LLC,

    Defendants.

## JOINT MOTION FOR EXTENSION OF MEDIATION DEADLINE

Plaintiff, EMERSON BRADLEY and Defendant, NELNET SERVICING, LLC ("Nelnet"), by and through their respective undersigned counsel, hereby move the Court for an extension of time to meet mediation deadline (the "Mediation Deadline") as set forth in the Court's January 26, 2024 Order (Dkt. No. 29). Counsel for Defendant, Trans Union has not yet responded with Consent as of the time of the filing of the Motion. However, good cause exists to grant this Motion, as set forth below.

Plaintiff filed his Complaint on August 1, 2023. (Dkt. No. 1). Trans Union answered the Plaintiff's Complaint on October 4, 2023 and Nelnet answered the Plaintiff's Complaint on October 20, 2023. (Dkt. Nos. 20–21). On January 26, 2024, the Court entered an order referring this case to Magistrate Judge Robin Meriweather for mediation regarding resolving the case without further litigation. (Dkt. No. 29).

Plaintiff and Nelnet have agreed to a private JAMS Mediation with Linda Singer, Esquire and scheduled that mediation session for June 27, 2024. Plaintiff and Trans Union have narrowed down the weeks of July 8-12 and July 15-17, 2024 to schedule the mediation and have submitted these dates to Judge Meriweather for consideration. The Parties have worked to coordinate

1

mutually available dates, and Plaintiff is at U.S. Army Ranger School from April 5, 2024 to June 21, 2024 with no ability to participate in mediation, even by remote means.

Federal Rule of Civil Procedure 6(b) provides trial courts with the authority to extend time periods. The Parties believe good cause exists to extend the Mediation Deadline.

Because of the foregoing reasons, good cause exists for the extension. This is the Parties' first request for an extension of the Mediation Deadline. This motion is not filed for any improper purpose and is not requested for delay. Further, none of the parties will be prejudiced by an extension of the Mediation Deadline and all other deadlines will remain unchanged.

A proposed Order accompanies this Motion.

WHEREFORE, the Parties respectfully request this Motion be granted, and the court issue an Order extending the Mediation Deadline to July 31, 2024.

Dated: March 22, 2024	Respectfully submitted,

/s/ Drew S. Sarrett
Drew D. Sarrett (pro hac vice)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E. Broad Street, Suite 300
Richmond, VA 23219
Telephone: (804) 905-9900
Facsimile: (757) 930-3660
Email: drew@clalegal.com

Leonard A. Bennett
Mark C. Leffler (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: mark@clalegal.com

Vaughn Stewart
Paré & Associates, LLC
20300 Seneca Meadows Pkwy, #210
Germantown, MD 20876
Telephone: (301) 804-8085
Email: vaughn@alicelaw.com

*Counsel for Plaintiff Emerson Bradley*

*Patrick J. Curran*
Patrick J. Curran Jr. (D.C. Bar. No. 1026302)
Samuel P. Fox (Application Pending)
Davis Wright Tremaine LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: patcurran@dwt.com
Email: samfox@dwt.com

*Counsel for Defendant Nelnet Servicing, LLC*