**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

EMERSON BRADLEY,
          Plaintiff,

v.                                   Civil Action No.  23-cv-02217 (RBW) (RMW)

NELNET SERVICING, LLC,
and TRANS UNION, LLC,

          Defendants.

## ORDER EXTENDING MEDIATION DEADLINE

Upon consideration of the Joint Motion for Extension of the Mediation Deadline  filed by

Plaintiff, Emerson Bradley ("Plaintiff"),  and Defendant, NELNET SERVICING, LLC ("Nelnet"),

and for sufficient and good cause shown, it is now hereby:

ORDERED that the Joint Motion for Extension is GRANTED;

FURTHER ORDERED that the Mediation is hereby EXTENDED and shall be completed

by July 31, 2024.

Entered this __ day of _____, 2024.

_____
Hon. Reggie B. Walton
United States District Judge