## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

EMERSON BRADLEY,                                    CASE NO.  1:23-cv-02217-RBW
              Plaintiff,

      vs.

NELNET SERVICING, LLC, and
TRANS UNION, LLC,
              Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Emerson Bradley ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:   December 31, 2024

/s/ Drew D. Sarrett (with consent)
Drew D. Sarrett, Esq.
Consumer Litigation Associates, PC
626 East Broad St., Suite 300
Richmond, VA 23219
Telephone: (804) 905-9900
E-Mail: drew@clalegal.com

*Leonard A. Bennett, Esq.*
*Mark C. Leffler, Esq.*
*Consumer Litigation Associates, PC*
*763 J. Clyde Morris Blvd., Suite 1-A*
*Newport News, VA 23601*
*Telephone: (757) 930-3660*
*E-Mail: lenbennett@clalegal.com*
*E-M*ail: mark@clalegal.com

Vaughn M. Stewart, Esq.
Santoni, Vocci & Ortega, LLC
201 W. Padonia Rd., Suite 101A
Timonium, MD 21093
Telephone: (443) 921-8161
E-Mail: vaughn@alicelaw.com

*Counsel for Plaintiff Emerson Bradley*

Date: <u>December 31, 2024</u>          <u>*/s/ Camille R. Nicodemus*</u>
                                        Camille R. Nicodemus, Esq. (IN #24528-49)
                                          (admitted *Pro Hac Vice*)
                                        Quilling, Selander, Lownds, Winslett &
                                        Moser, P.C.
                                        10333 N. Meridian St., Suite 200
                                        Indianapolis, IN 46290
                                        Telephone:  (317) 497-5600, Ext. 601
                                        Fax:  (317) 899-9348
                                        E-Mail: cnicodemus@qslwm.com

                                        *Lead Counsel for Defendant Trans Union,*
                                        *LLC*

                                        H. Mark Stichel, Esq. DC Bar No. 503038
                                        RKW Law Group
                                        10075 Red Run Boulevard
                                        Owings Mills, Maryland 21117
                                        Telephone:  (410) 783-3547
                                        Fax:  (410) 783-3530
                                        E-Mail:  hmstichel@rkwlawgroup.com

                                        *Local Counsel for Defendant Trans Union,*
                                        *LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **31st day of December, 2024**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Drew D. Sarrett, Esq.<br>drew@clalegal.com | Mark Clifton Leffler, Esq.<br>mark@clalegal.com |
| Leonard A. Bennett, Esq.<br>lenbennett@clalegal.com | Patrick J. Curran, Jr., Esq.<br>patcurran@dwt.com |
| Vaughn M. Stewart, Esq.<br>vaughn@alicelaw.com | David B. Meschke, Esq.<br>dmeschke@bhfs.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **31st day of December, 2024**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (IN #24528-49)
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 601
Fax:  (317) 899-9348
E-Mail: cnicodemus@qslwm.com

*Lead Counsel for Defendant Trans Union,
LLC*