**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

EMERSON BRADLEY,                  CASE NO. 1:23-cv-02217-RBW
       Plaintiff,

   vs.

NELNET SERVICING, LLC, and
TRANS UNION, LLC,
       Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE AS TO**
**DEFENDANT TRANS UNION, LLC ONLY**

---

      Plaintiff Emerson Bradley, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

      IT IS, THEREFORE, ORDERED that all claims of Plaintiff Emerson Bradley against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Emerson Bradley and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____          _____
                                                                         JUDGE, United States District Court,
                                                                         District of Columbia

DISTRIBUTION TO:

| | |
|---|---|
| Drew D. Sarrett, Esq. <br> drew@clalegal.com | Mark Clifton Leffler, Esq. <br> mark@clalegal.com |
| Leonard A. Bennett, Esq. <br> lenbennett@clalegal.com | Patrick J. Curran, Jr., Esq. <br> patcurran@dwt.com |
| Vaughn M. Stewart, Esq. <br> vaughn@alicelaw.com | David B. Meschke, Esq. <br> dmescheke@bhfs.com |
| Camille R. Nicodemus, Esq. <br> cnicodemus@qslwm.com | H. Mark Stichel, Esq. <br> hmstichel@rkwlawgroup.com |