UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**EMERSON BRADLEY,**

    **Plaintiff,**

v.          Civil Action No. 1:23-cv-02217

**NELNET SERVICING, LLC,**
**and TRANS UNION, LLC,**

    **Defendants.**

## JOINT NOTICE OF SETTLEMENT

Plaintiff EMERSON BRADLEY ("Plaintiff") and NELNET SERVICING, LLC ("NELNET"), by and through their respective counsel, hereby notify the Court that Plaintiff has reached a settlement that resolves his claims against NELNET.

Plaintiff is diligently working with NELNET to finalize their settlement documents. Pending execution of those documents, Plaintiff and NELNET shall timely file the proper form of dismissal.

    Respectfully submitted,

    **EMERSON BRADLEY**

    By:    */s/ Drew D. Sarrett*
    Drew D. Sarrett *(Pro Hac Vice)*
    CONSUMER LITIGATION
    ASSOCIATES, P.C.
    626 E. Broad Street, Suite 300
    Richmond, VA 23219
    (804) 905-9900 – Telephone
    (757) 930-3660 – Fax
    Email: drew@clalegal.com

    *Counsel for Plaintiff*

                                        By:   /s/ *Jonathan C. Sandler*  
                                        *Jonathan C. Sandler*  
                                        Brownstein Hyatt Farber Schreck, LLP  
                                        2049 Century Park East, Suite 3550  
                                        Los Angeles, CA 90067  
                                        310.564.8672 -Telephone  
                                        JSandler@bhfs.com  
                                        *Counsel for Nelnet Servicing, LLC*