## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**EMERSON BRADLEY,**

    **Plaintiff,**

**v.**                                              Civil Action No.  1:23-cv-02217

**NELNET SERVICING, LLC,**
**and TRANS UNION, LLC,**

    **Defendants.**

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, EMERSON BRADLEY ("Plaintiff") and NELNET SERVICING, LLC, Defendant ("NELNET"), and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against NELNET, in the above styled action, with Plaintiff and NELNET to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 5th day of March, 2025.

DATED:  March 5, 2025

By: */s/ Drew D. Sarrett*
**Drew D. Sarrett, VSB # 81658**
Consumer Litigation Associates, PC
626 E. Broad Street, Suite 300
Richmond, VA. 23219
804-905-9900 - Telephone
Fax: 757-930-3660
Email: drew@clalegal.com
*Counsel for Plaintiff*

By:  */s/ Jonathan C. Sandler*
*Jonathan C. Sandler*
Brownstein Hyatt Farber Schreck, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
310.564.8672 -Telephone
JSandler@bhfs.com
*Counsel for Nelnet Servicing, LLC*